United States District Court
Southern District of Texas
**ENTERED**
February 28, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MAG. JUDGE NO. 2:17-MJ-196 |
| | § | |
| NORMA MARISOL HERNANDEZ GOMEZ | § § | |

### MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). Detention of the defendant pending trial in this case is necessary because there is a serious risk that the defendant will not appear.

The evidence against the defendant meets the probable cause standard and the weight of the evidence is strong. The defendant is a citizen of El Salvador. She lives in El Salvador with her minor son. The defendant is currently in the United States pursuant to a tourist visa. While the defendant recently married a United States citizen, the defendant does not have permanent status to remain in the United States. If the defendant is convicted, she faces deportation. Further, the facts of the case involve the defendant being involved at every stage of the trafficking of undocumented aliens from Central America, through Mexico and into the United States. Finally, the offense involves the defendant obtaining counterfeit documents for undocumented aliens, including fraudulent Visas. The defendant is a flight risk. The findings and conclusions contained in the Pretrial Services Report are adopted.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED this 28th day of February, 2017.

*Jason Libby*
Jason B. Libby
United States Magistrate Judge